UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS : : Plaintiff, : : vs. : : OHIO CONTRACTORS ASSOCIATION, : : Defendant. : : | CASE NO. 1:18-CV-722 OPINION & ORDER [Resolving Doc. 6] |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 26, 2018, Plaintiff International Union of Operating Engineers filed a first amended complaint challenging an arbitration award.[1] Because Plaintiff filed an amended complaint 21 days after Defendant Ohio Contractors Association filed its motion to dismiss, Plaintiff did not require the Court's permission to amend.[2] Accordingly, Defendant's motion to dismiss Plaintiff's original complaint is now moot.[3]

The Court therefore **DENIES AS MOOT** Defendant's motion to dismiss. Furthermore, the Court will determine a scheduling order for briefing on the merits at the Case Management Conference.

IT IS SO ORDERED.

Dated: May 14, 2018          s/     *James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.
[2] Fed. R. Civ. P. 15(a)(1)(B).
[3] *See, e.g.*, *Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 & n.3 (W.D. Mich. 2008) (collecting cases).